IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SABRINA HARRIS,

    Plaintiff,

vs.                                           4:06-CV-488-SPM

PILOT TRAVEL CENTERS, LLC,

    Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the "Plaintiff's Notice of Resolution" (doc. 20) filed May 4, 2007 and Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>seventh</u> day of May, 2007.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge